ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| ViaKorp Corporation | ) ASBCA No. 63912 |
| | ) |
| Under Contract No. W9127S-24-P-0005 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Zack Ouahmane
                                                              President

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                                                           Engineer Chief Trial Attorney
                                                                        Cristy L. Park, Esq.
                                                                           Engineer Trial Attorney
                                                                           U.S. Army Engineer District, Little Rock

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 2, 2025

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63912, Appeal of ViaKorp Corporation, rendered in conformance with the Board's Charter.

Dated: January 2, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals